# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORALIA FLORES HERNANDEZ,<br><br>                          Petitioner,<br><br>   v.<br><br>CHRISTOPHER J. LAROSE, *et al.*,<br><br>                          Respondents. | Case No. 26-cv-03277-BAS-DDL<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

Petitioner Horalia Flores Hernandez filed a habeas petition pursuant to 28 U.S.C. § 2241, requesting a bond hearing. (ECF No. 1.) The Government responded to the Petition, indicating that it does not oppose an order from this Court directing a bond hearing pursuant to 8 U.S.C. § 1226(a). (ECF No. 7.) For the reasons stated below, the Court **GRANTS** the Petition and orders that Petitioner be given a bond hearing within 14 days.

## I.     LEGAL STANDARD

A writ of habeas corpus is "available to every individual detained within the United States." *Hamdi v. Rumsfeld*, 542 U.S. 507, 525 (2004). "The traditional function of the writ is to secure release from illegal custody." *Preiser v. Rodriguez*, 411 U.S. 475, 484

26cv3277

(1973).  A court may grant a writ of habeas corpus to a petitioner who demonstrates he or she is in custody in violation of the Constitution or federal law.  28 U.S.C. § 2241(c)(3). The writ is available to non-citizens detained within the United States.  *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).  Since Petitioner is in custody, and since she is seeking release from custody, she has standing to pursue this Petition.

## II.   ANALYSIS

Petitioner, a Mexican citizen, entered the United States in the year 2000, without inspection. (Petition ¶¶ 2, 19, ECF No. 1.) She has lived in the United States since then. (*Id.*) Petitioner married in the United States and has five U.S. citizen children. (*Id.* ¶ 21.) She has been gainfully employed in the United States for the past twenty years and paid taxes during that time period. (*Id.*) She has no felony criminal history and, other than the arrest detailed below, has no criminal history. (*Id.* ¶ 22.)

On April 28, 2026, Petitioner was arrested in the interior of the United States for driving without a license and turned over to Immigration and Customs Enforcement ("ICE"). (*Id.* ¶ 3.) An Immigration Judge denied her request for bond, relying on *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025). (*Id.* ¶ 5.)

The Central District of California certified a class of which Petitioner was initially a member and essentially overruled *Yajure Hurtado*. *Maldonado Bautista v. Santacruz*, 813 F. Supp. 3d 1075 (C.D. Cal. 2025). Although the Ninth Circuit has stayed application of the class to any members outside the Central District of California, *Maldonado Bautista v. U.S. Dep't of Homeland Sec.*, No. 26-1044 (9th Cir. Mar. 6, 2026), this Court has previously held in multiple cases that it agrees with the court in *Maldonado Bautista* that an individual in Petitioner's situation is not subject to mandatory detention under Section 1225. *See, e.g.*, *Gregorio v. LaRose*, No. 25-cv-03322-BAS-BJW, 2025 WL 3653998 (S.D. Cal. Dec. 17, 2025); *Zayas v. Gordon*, No. 26-cv-00237-BAS-DEB, 2026 WL 266275 (S.D. Cal. Feb. 2, 2026); *Trujillo v. Noem*, No. 26-cv-00268-BAS-VET, 2026 WL 266496 (S.D. Cal. Feb. 2, 2026). The Government concedes that Petitioner is entitled to an order

26cv3277

from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a). (ECF No. 7.)

Hence, for all of the reasons stated in these previous opinions, the Court **GRANTS** the Petition.

## III. CONCLUSION

Accordingly, the Court issues the following writ:

The Court **ORDERS** a bond hearing before an Immigration Judge for Horalia Flores Hernandez (A# 222-561-422) within 14 days of the date of this Order. The bond hearing shall be governed by 8 U.S.C. § 1226(a), not § 1225(b)(2). If no bond hearing is held within 14 days, Petitioner is ordered released forthwith.

The Clerk is directed to close the case.

**IT IS SO ORDERED.**

**DATED: June 9, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 3 -

26cv3277